UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                                                                                                                            20-cr-228 (LDH)

     - against -

JUAN AMAYA-RAMIREZ,

                          Defendant.
------------------------------------------------------------------X

## CONSENT TO HAVE A PLEA TAKEN BEFORE
## UNITED STATES MAGISTRATE JUDGE JOSEPH A. MARUTOLLO

       United States Magistrate Judge Joseph A. Marutollo has informed me of my right to have my plea taken before a United States District Judge. I have further been advised, however, that I may consent to have my plea taken before Magistrate Judge Joseph A. Marutollo. I understand that I will suffer no prejudice if I refuse to consent. I further understand that if I do not consent, the District Court Judge assigned rather than the Magistrate Judge will conduct the plea allocution.

       After having discussed this matter fully with my counsel, I hereby consent to enter my plea before United States Magistrate Judge Joseph A. Marutollo.

Dated: September 6, 2024

_____               _____
Breon Peace                                            Juan Amaya-Ramirez
United States Attorney, E.D.N.Y.           Defendant

_____               _____
Jonathan Siegel                                         Richard Palma
Michael W. Gibaldi                           Lisa Scolari
Anna L. Karamigios                         Counsel to Defendant
Assistant United States Attorneys

Dated: September 6, 2024

                                                                 _____
                                                                 JOSEPH A. MARUTOLLO
                                                                United States Magistrate Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

         - against -

OSCAR FLORES-MEJIA,

                 Defendant.
------------------------------------------------------------------X

20-cr-228 (LDH)

## CONSENT TO HAVE A PLEA TAKEN BEFORE
## UNITED STATES MAGISTRATE JUDGE JOSEPH A. MARUTOLLO

    United States Magistrate Judge Joseph A. Marutollo has informed me of my right to have my plea taken before a United States District Judge. I have further been advised, however, that I may consent to have my plea taken before Magistrate Judge Joseph A. Marutollo. I understand that I will suffer no prejudice if I refuse to consent. I further understand that if I do not consent, the District Court Judge assigned rather than the Magistrate Judge will conduct the plea allocution.

    After having discussed this matter fully with my counsel, I hereby consent to enter my plea before United States Magistrate Judge Joseph A. Marutollo.

Dated: September 6, 2024

_____
Breon Peace
United States Attorney, E.D.N.Y.

_OM F-M_____
Oscar Flores-Mejia
Defendant

_____
Jonathan Siegel
Michael W. Gibaldi
Anna L. Karamigios
Assistant United States Attorneys

_____
Celia Cohen
Counsel to Defendant

Dated: September 6, 2024

_____
JOSEPH A. MARUTOLLO
United States Magistrate Judge